# United States Court of Appeals
## For the First Circuit

No. 14-1738

UNITED STATES OF AMERICA,

Appellee,

v.

NELSON VÉLEZ-LUCIANO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on February 25, 2016, is amended as follows:

On page 4, line 6, replace "website containing animated cartoons engaging in sexual conduct" with "website contained animated cartoon characters engaging in sexual conduct"